**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Plaintiff,

v.

SOMERSET COUNTY JOINT INSURANCE FUND, MARKEL INSURANCE COMPANY

Defendants.

Civil Action No.3:24-cv-00916-ZNQ-JBD

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties, by and through their respective attorneys of record, stipulate to the dismissal of Defendant, Markel Insurance Company and all claims asserted against same without prejudice and without costs or fees to any party.

*Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa.*

*/s/ Gregory Dennison*
Lisa C. Wood
Gregory Dennison
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

Dated: September 17, 2024

*Attorneys for Defendant Somerset County Joint Insurance Fund*

/s/ J. Scott Murphy
Francis X. Garrity
J. Scott Murphy
Garrity Graham Murphy Garofalo Flinn
425 Eagle Rock Avenue - Suite 202
Roseland, New Jersey 07068

Dated: September 17, 2024

*Attorneys for Defendant Evanston Insurance Company, i/s/h/a Markel Insurance Company*

*/s/ Timothy M. Jabbour*
Timothy M. Jabbour
Tressler LLP
163 Madison Avenue, Suite 404
Morristown, New Jersey 07960
(973) 848-2901

Dated: September 17, 2024

**So Ordered this** 19th **day of** September **,20** 24

**Hon. Zahid N. Quraishi**
**United States District Judge**

{01731886.DOCX }