**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,**

Plaintiff,

v.

**SOMERSET COUNTY JOINT INSURANCE FUND,**

Defendant.

Civil Action No. 24-916 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Cross-Motions for Summary Judgment. Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("NU" or "Plaintiff") filed its Motion for Summary Judgment on January 30, 2026. ("Plaintiff's Motion", ECF No. 48.) Defendant filed its Cross-Motion for Summary Judgment on that same date. ("Defendant's Cross-Motion", ECF No. 49.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **21st** day of **August 2026,**

**ORDERED** that Plaintiff's Motion (ECF No. 48) is hereby **DENIED**; it is further

**ORDERED** that Defendant's Cross-Motion (ECF No. 49) is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED** upon entry of the Court's Judgment in this matter.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**