**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,**

Plaintiff,

v.

**SOMERSET COUNTY JOINT INSURANCE FUND,**

Defendant.

Civil Action No. 24-916 (ZNQ) (JBD)

**JUDGMENT**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Cross-Motions for Summary Judgment. Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("NU" or "Plaintiff") filed its Motion for Summary Judgment on January 30, 2026. ("Plaintiff's Motion", ECF No. 48.) Defendant filed its Cross-Motion for Summary Judgment on that same date. ("Defendant's Cross-Motion", ECF No. 49.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **21st** day of **August 2026,**

**JUDGMENT** is hereby entered in favor of Defendant; it is further

**DECLARED AND ADJUDGED** that Plaintiff's Auto Policy provides primary insurance coverage for the events giving rise to the underlying state action settlement; it is further

**DECLARED AND ADJUDGED** that Plaintiff's Excess Policy provides excess insurance coverage after the exhaustion of the limits of Plaintiff's Auto Policy for the events giving rise to the underlying state action settlement; it is further

**DECLARED AND ADJUDGED** that Plaintiff's Excess Policy is primary to disbursement of any public funds or legal protection afforded by Defendant; and it is further

**DECLARED AND ADJUDGED** that, within thirty (30) days of entry of this Judgment, Plaintiff must reimburse Defendant for any disbursement of funds that does not exceed the limits provided under Plaintiff's Auto and Excess policies.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**